Submitted April 12, 1971.
*Stephen I. Goldring* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended postconviction petition.

## Commonwealth *v.* Filippi, Appellant.

Submitted April 12, 1971. *Richard E. Davis,* Assistant Public Defender, for appellant; *Robert C. Reed,* Assistant District Attorney, and *John G. Good, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Fordyce, Appellant.

Submitted April 12, 1971. *A. M. Cohen,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Fox, Appellant.

882

Submitted April 12, 1971.
*Charles R. Fox*, appellant, in propria persona; *Carol Mary Los*, Assistant District Attorney, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Order affirmed.

### Commonwealth *v.* Fox, Appellant.

Submitted April 12, 1971.
*Charles R. Fox*, appellant, in propria persona; *Carol Mary Los* and *Robert L. Campbell*, Assistant District Attorneys, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Order affirmed.

### Commonwealth *v.* Frazier, Appellant.

Argued April 13, 1971. *Warren R. Keck, III*, Public Defender, for appellant; *Robert F. Banks*, First Assistant District Attorney, with him *Joseph J. Nelson*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

### Commonwealth *v.* Frazier, Appellant.